1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT DELEON, | Case No. 1:24-cv-00234-KES-EPG (PC) |
| Plaintiff, | ORDER SETTING SETTLEMENT CONFERENCE |
| v. | AND |
| PHILLIPS, *et al*., | ORDER GRANTING EXTENSION OF TIME TO FILE A RESPONSIVE PLEADING |
| Defendants. | (ECF No. 22) |

Plaintiff Vincent DeLeon is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. §1983.  The Court has determined that this case will benefit from a settlement conference.  Therefore, this case will be referred to Magistrate Judge Helena M. Barch-Kuchta to conduct a settlement conference on **May 23, 2025 at 10:00 a.m**.  The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.  The Court will issue the order detailing the procedures for the settlement conference and the necessary writ in due course.

In anticipation of the settlement conference, Defendants filed a request for an extension of time, asking the Court that "the responsive pleading deadline be reset for thirty days after the conclusion of that settlement conference." (ECF No. 22 at 1). The Court will grant that extension and set a deadline to file a responsive pleading for **June 23, 2025.**

1

Accordingly, **IT IS ORDERED** that:

1.  This case is set for a settlement conference before Magistrate Judge Helena M. Barch-Kuchta on **May 23, 2025** at 10:00 a.m.  The settlement conference will be conducted by remote means, with all parties appearing by Zoom video conference.

2.  Defendants' Motion for extension of time to file a responsive pleading is granted, and the deadline is set to **June 23, 2025.**

3.  The Clerk of the Court is directed to serve a copy of this order on the Litigation Office at the California Substance Abuse Treatment Facility via facsimile at (559) 992-7101 or via email.

IT IS SO ORDERED.

Dated:   **February 18, 2025**            /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE