UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT DELEON,<br><br>    Plaintiff,<br><br>  v.<br><br>STEVEN SANTIAGO,<br><br>    Defendant. | Case No.   1:24-cv-00234-KES-EPG<br><br>ORDER GRANTING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME<br><br>(Doc. Nos. 26, 27) |

On February 20, 2025, the undersigned issued an Order setting this case for a settlement conference. (Doc. No. 25). The Order directed Plaintiff to submit a settlement demand to defense counsel no later than March 28, 2205. (*Id*. at 2, ¶ 2). On March 13, 2025 and March 17, 2025, Plaintiff filed two motions seeking an extension of time to submit his demand brief in accordance with the February 20, 2025 Order. (Doc. Nos. 26, 27). Plaintiff states that a 30-day extension of time is necessary despite his PLU status because he has had difficulties in accessing the prison's law library due to two extended, weeks-long lockdowns. (Doc. No. 27).

Federal Rule of Civil Procedure 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the existing deadline. Fed. R. Civ. P. 6(b)(1)(A). Having reviewed Plaintiff's request, the Court concludes good cause exists to grant

1

Plaintiff a 30-day extension of time.[1]

Accordingly, it is **ORDERED**:

1. Plaintiff's motions for extension of time (Doc. Nos. 26, 27) are GRANTED.
2. Plaintiff shall deliver his demand letter as set forth in with the February 20, 2025 Order to correctional officers for mailing **no later than April 28, 2025**.
3. Defendant's counsel shall respond to Plaintiff's demand in accordance with the February 20, 2025 Scheduling Order within seven days of receipt of the demand.
4. The Clerk of the Court is directed to fax a courtesy copy of this Order to the Litigation Coordinator at Plaintiff's current facility: the California Substance Abuse Treatment Facility (Fax Number (559) 992-7191).

Dated:   March 21, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

[1] Inmates who have established court deadlines may apply for PLU status. Cal. Code of Regs. tit. 15, 3122(b). Inmates who are granted PLU status based on their application shall receive higher priority to prison law library resources than other inmates. *Id.*