UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT DELEON, | Case No. 1:24-cv-00234-KES-EPG |
| Plaintiff, | ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR EXTENSION OF TIME |
| v. | |
| STEVEN SANTIAGO, | (Doc. No. 30) |
| Defendant. | |

On February 20, 2025, the undersigned issued an Order setting this case for a settlement conference, including the deadline for Plaintiff to submit a settlement demand to defense counsel no later than March 28, 2025. (Doc. No. 25). On March 24, 2025, the Court granted Plaintiff's requests for a 30-day extension to submit his demand letter. (Doc. No. 28).

On March 28, 2025, presumably having not yet received the March 24, 2025 Order granting the extension of time to submit his demand letter, Plaintiff submitted a letter to the Court requesting the same 30-day extension of the original March 28, 2025 deadline. (Doc. No. 29). On April 7, 2025, Plaintiff requested an additional two-week extension beyond the April 28, 2025 deadline due to his recent transfer to a new facility and resulting lack of access to the law library. (Doc. No. 30).

Federal Rule of Civil Procedure 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the existing deadline. Fed. R. Civ. P.

6(b)(1)(A).  Plaintiff timely filed the instant motion and has shown good cause for an extension of time to file his settlement demand.  However, the Court does not find sufficient cause to permit a full two-week extension of time in addition to the already granted extension to April 28, 2025, particularly in light of the timeframes set forth in the February 20, 2025 Scheduling Order.  Thus, the Court will grant Plaintiff one final limited extension of time to file his demand letter.  If necessary, Plaintiff will have an opportunity to discuss any issues regarding his settlement demand at the pre-settlement conference.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for an extension (Doc. No. 30) is GRANTED IN PART.
2. Plaintiff shall deliver his demand letter as set forth in the February 20, 2025 Order to correctional officials for mailing **no later than May 5, 2025**.
3. Defendant's counsel shall respond to Plaintiff's demand in accordance with the February 20, 2025 Scheduling Order within seven days of the receipt of the demand.

Dated:   April 15, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2