Rob Bonta, State Bar No. 202668
Attorney General of California
Tyler V. Heath, State Bar No. 271478
Supervising Deputy Attorney General
Brian S. Chan, State Bar No. 299926
Deputy Attorney General
 1300 I Street, Suite 125
 Sacramento, CA 95814
 Telephone: (916) 210-7368
 Fax: (916) 324-5205
 E-mail: Brian.Chan@doj.ca.gov
*Attorneys for Defendant Santiago*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **VINCENT DELEON,**<br><br>                                    Plaintiff,<br><br>      v.<br><br>**PHILLIPS, et al.,**<br><br>                                    Defendants. | 1:24-cv-00234 KES EPG (PC)<br><br>**DEFENDANT SANTIAGO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Judge:        The Honorable Erica P. Grosjean<br>Action Filed: February 26, 2024 |

**TO PLAINTIFF VINCENT DELEON, *PRO SE*:**

**PLEASE TAKE NOTICE** that Defendant Santiago hereby moves the Court, under Rule 56 of the Federal Rules of Civil Procedure and Eastern District Local Rule 230(*l*), to grant summary judgment against Plaintiff's Eighth Amendment claims for excessive force on the grounds that Plaintiff's that Defendant Santiago did not use excessive force in violation of the Eighth Amendment; and that Defendant Santiago is entitled to qualified immunity.

**PLEASE TAKE FURTHER NOTICE** that a summary of the law governing Plaintiffs' obligations with respect to opposing a motion for summary judgment, as required by *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998), is being served concurrently with this motion.

**PLEASE TAKE FURTHER NOTICE** that under Local Rule 230(*l*), this motion is submitted on the record without oral argument unless otherwise ordered by Court.  You are required to file an opposition or statement of non-opposition to this motion under Local Rule 230(*l*).  The opposition or statement of non-opposition must be filed no more than twenty-one days after the date of service of this motion.  Failure to oppose the motion may be deemed a waiver of any opposition to the granting of the motion.

This Motion is based on this Notice of Motion and Motion; the *Rand* Notice; the separate statement of undisputed facts; the memorandum of points and authorities; declarations and exhibits attached in support of the Motion; the pleadings and records on file in this case; and such other matters as may properly come before this Court.

Dated: May 22, 2026

Respectfully submitted,

ROB BONTA
Attorney General of California
TYLER V. HEATH
Supervising Deputy Attorney General


*/s/ Brian S. Chan*
BRIAN S. CHAN
Deputy Attorney General
*Attorneys for Defendant Santiago*

SA2024305582
Notice of Motion and Motion for Summary Judgement

# CERTIFICATE OF SERVICE

Case Name:   **Vincent DeLeon (BA2490) v.**       No.   **1:24-cv-00234 KES EPG (PC)**
            **Santiago, et al.**

I hereby certify that on <u>May 22, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DEFENDANT SANTIAGO'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**

**DEFENDANT'S *RAND* WARNING TO PLAINTIFF REGARDING OPPOSING SUMMARY JUDGMENT**

**DEFENDANT'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF BRIAN S. CHAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**DECLARATION OF S. SANTIAGO IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>May 26, 2026</u>, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Vincent Alex DeLeon
CDCR No.: BA2490
CSP - Corcoran
Facility 3A
P.O. Box 3461
Corcoran, CA 93212
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>May 22, 2026</u>, at San Francisco, California.

| | |
|---|---|
| G. Guardado | */s/ G. Guardado* |
| Declarant | Signature |

SA2024305582
39865450