UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT DELEON,<br>Plaintiff,<br>v.<br>PHILLIPS, et al.,<br>Defendants. | No. 1:24-cv-00234-KES-EPG (PC)<br>ORDER DECLINING TO ADOPT FINDINGS AND RECOMMENDATIONS<br>Docs. 56, 57, 58 |

Plaintiff Vincent DeLeon is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the complaint commencing this action on February 26, 2024. Doc. 1. Plaintiff alleged excessive use of force at California Substance Abuse Treatment Facility (CSATF). This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. Following screening of the complaint, this action has proceeded against defendant Steven Santiago. Defendant filed an answer on June 23, 2025. Doc. 38.

On February 13, 2026, Plaintiff filed a motion for leave to file a third amended complaint, with a supporting declaration. Defendant Santiago did not file an opposition to plaintiff's motion.

On March 12, 2026, the assigned magistrate judge issued findings and recommendations, recommending that Plaintiff's motion for leave to file a third amended complaint be denied.

Doc. 58. Plaintiff filed objections on April 13, 2026. Doc. 61.

In accordance with 28 U.S.C. § 636(b)(1), this court has conducted a de novo review of this case. After carefully reviewing the file, including Plaintiff's objections, the court declines to adopt the findings and recommendations and will grant plaintiff's motion to file his third amended complaint.

Accordingly:

1. The court declines to adopt the findings and recommendations issued on March 12, 2026, Doc. 58;
2. Plaintiff's motion for leave to file a third amended complaint, Doc. 56, is granted.
3. The third amended complaint lodged at Doc. 57 is deemed filed, as of the entry of this Order.
4. Given the filing of the third amended complaint, defendant Santiago's motion for summary judgment filed May 22, 2026, Doc. 65, is terminated without prejudice.
5. This matter is referred to the assigned magistrate judge for screening of the third amended complaint and further proceedings consistent with this Order.

IT IS SO ORDERED.

Dated: August 7, 2026

UNITED STATES DISTRICT JUDGE