# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

VINCENT DELEON,

Plaintiff,

v.

SANTIAGO,

Defendant.

Case No. 1:24-cv-00234-KES-EPG (PC)

ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE VINCENT DELEON, CDCR # BA-2490

(ECF No. 79)

A settlement conference in this matter was held on November 16, 2026. Inmate Vincent DeLeon, CDCR #BA-2490, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED

Dated: **November 16, 2026**

UNITED STATES MAGISTRATE JUDGE